# **Exhibit B**

# **RECAPITULATION**

| Professional | | Position | Hours | Average Rate | Total |
|---|---|---|---|---|---|
| Robert M. Sasloff '90 | (RMS) | Of Counsel | 130.90 | $465.92 | $60,990.00 |
| A. Mitchell Greene '79 | (AMG) | Partner | 0.5 | $636.00 | $318.00 |
| Clement Yee '09 | (CY) | Associate | 186.1 | $378.84 | $70,687.50 |
| Charles McKeen '06 | (CM) | Associate | 39.80 | $400.00 | $15,920.00 |
| Roger A. Raimond '92 | (RAR) | Partner | 4.0 | $475.00 | $1,900.00 |
| Kavneet Sethi '12 | (KS) | Associate | 0.3 | $400.00 | $120.00 |
| Lori Schwartz '98 | (LS) | Partner | 4.40 | $475.00 | $2,090.00 |
| Geoffrey M. Scott | (GMS) | Paralegal | 0.3 | $185.00 | $55.50 |
| Keisha Gaither-Griszell | (KGG) | Paralegal | 0.2 | $215.50 | $43.00 |
| | | **TOTALS** | **366.5** | | **$152,124.00** |